UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAY L. JIM,<br><br>                         Plaintiff<br><br>     v.<br><br>AITOR NARVAIZA,<br><br>                         Defendant | Case No. 3:19-cv-00011-MMD-CBC<br><br>ORDER |

**I.    DISCUSSION**

On January 7, 2019, Plaintiff, an inmate in the custody of the Elko County Sheriff's Office ("ECSO"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). On September 6, 2019, this Court issued an order denying the application as incomplete and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee within 30 days from the date of that order. (ECF No. 4). On September 18, 2019, Plaintiff subsequently filed an application to proceed *in forma pauperis* and an inmate account statement. (ECF No. 5). However, Plaintiff did not file a <u>properly executed financial certificate, i.e. page 4 of the application is missing Plaintiff's name and signature</u>. As such, this application is also incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. **Plaintiff has not submitted a properly executed financial certificate**. (*See* ECF No. 5). The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* by filing a properly executed financial certificate, or in the alternative, pay the full filing fee for this action. If Plaintiff fails to file a properly executed financial certificate, the Court may dismiss the

case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) <u>file a properly executed financial certificate</u> in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file a properly executed financial certificate, the Court may dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED: September 23, 2019.

_____
UNITED STATES MAGISTRATE JUDGE