# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAY JIM, | ) | 3:19-CV-0011-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 5, 2020 |
| | ) | |
| AITOR NARVAIZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

It appears to the court that plaintiff may not have received a summons for the defendant in this case because he was transferred from the Elko County Detention Center to the Eureka County Detention Facility at the same approximate time as the summons was issued (ECF No. 12). If plaintiff wishes to have the U.S. Marshal attempt service on the defendant, **Aitor Narvaiza,** he shall follow the instructions contained in this order.

The Clerk shall ISSUE summonses for the above-named defendant and send the same to the U.S. Marshal. The Clerk shall also SEND a copy of the complaint (ECF No. 10), the screening order (ECF No. 9), and this order to the U.S. Marshal for service on the defendant. The Clerk shall SEND to plaintiff one USM-285 form. Plaintiff shall have until **Friday, March 20, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
        Deputy Clerk