**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAY JIM,<br><br>                 Plaintiff,<br>   v.<br>AITOR NARVAIZA,<br><br>                 Defendant. | 3:19-cv-0011-MMD-CLB<br><br>**ORDER** |
| JAY JIM,<br><br>                 Plaintiff,<br>   v.<br>AITOR NARVAIZA,<br><br>                 Defendant. | 3:19-cv-0179-MMD-CLB |

The parties in both of the above-captioned cases entered into a binding settlement on September 22, 2020 (ECF Nos. 40 & 18). Neither Plaintiff nor Defendants shall be required to pay the $350 filing fee in these cases. The Clerk of Court shall cease collecting the filing fee in both of the above-referenced cases. To extent that the Nevada Department of Corrections is deducting and paying the Clerk of Court any funds from plaintiff's inmate account for the filing fee for either case, those deductions shall cease immediately. The Clerk of Court shall SEND a copy of this order to the Finance Division of the Clerk's Office

and to the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV  89702.

**DATED:**  October 20, 2020         .

_____
**UNITED STATES MAGISTRATE JUDGE**