\*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
bryman@etsreno.com
*Attorneys for Defendant AITOR NARVAIZA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JAY L. JIM,

    Plaintiff,

vs.

AITOR NARVAIZA,

    Defendant.

_____/

Case No.: 3:19-cv-00011-MMD-CLB

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

    COMES NOW, Defendant AITOR NARVAIZA (hereinafter "Defendant"), named solely in his official capacity, by and through his Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and along with Plaintiff, JAY L. JIM, *in pro se*, and hereby stipulate that the above-entitled action

///
///
///
///
///

may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

DATED this 20th day of October, 2020.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant*

DATED this 25 day of September, 2020.

JAY L. JIM (#75570)
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
*Plaintiff, in pro se*

///
///

## ORDER

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 20th day of October, 2020.

U. S. DISTRICT JUDGE